IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SHANA FISHER BUCK, as Personal Representative of the Estate of GLEN L. FISHER,<br><br>    Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br>    Defendant, | C/A No. 2:23-cv-04051-JD<br><br>**ORDER OF DISMISSAL AS TO ALL PARTIES** |

**ORDER**

Considering the foregoing;

**IT IS HEREBY ORDERED, ADJUGED AND DECRIED** that any and all claims and demands of Plaintiff Shana Fisher Buck, as Personal Representative of the Estate of Glen Lee Fisher against all Defendants in this action be dismissed without prejudice, with each party to bear its own fees and costs.

Charleston, South Carolina, this _____ day of _____, 2024.

                  _____
                  UNITED STATES DISTRICT JUDGE